UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHRISTOPHER CATO,<br><br>    Petitioner,<br><br>    v.<br><br>TOM CAREY, Warden,<br><br>    Respondent. | 1:05-CV-0159 OWW SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>(DOCUMENT #10, 11) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 7, 2005, petitioner filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated: July 28, 2005**          **/s/ Sandra M. Snyder**
23ehd0          UNITED STATES MAGISTRATE JUDGE